## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD SANTOS | Case No.  3:24-cv-00519-ART-CLB |
| v. | **ORDER GRANTING** |
| FLUHRER, et. al. | **STIPULATION TO DISMISS WITH PREJUDICE** |

      Plaintiff, Ronald Santos, pro se, and Defendants, by and through the Office of the Attorney General, hereby stipulate that the above-captioned case is dismissed with prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

///
///
///
///
///
///
///
///
///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 22st day of October, 2025.

By: *[signature]*
Ronald Santos #46019
*Plaintiff, Pro se*

DATED this 22st day of October, 2025.

AARON D. FORD
Attorney General

By: */s/ Kyle L. Hill*
Kyle L. Hill (Bar No. 16094)
Deputy Attorney General
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

*[signature]*
Anne R. Traum
United States District Judge

DATED: December 30, 2025